**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
DISTRICT OF DELAWARE

Case number *(if known)* _____   Chapter  **7**

☐ Check if this an amended filing

# Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Unique Fabricating, Inc.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **UFI Acquisition Inc.** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-1846791** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **800 Standard Pkwy** <br> **Auburn Hills, MI 48326** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Oakland** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.uniquefab.com/** |
| 6. | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

Debtor **Unique Fabricating, Inc.**   Case number (*if known*) _____
      Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**3261**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. *Check all that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ☒ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Rider 1, attached** | Relationship | |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known _____ |

Debtor  **Unique Fabricating, Inc.**  Case number (*if known*) _____
       Name

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.

Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

**Statistical and administrative information (on a consolidated basis)**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☒ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☒ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Unique Fabricating, Inc.**     Case number (*if known*) _____
      Name

---

**Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **11/08/2023**
                 MM / DD / YYYY

**X** */s/ B. Douglas Cain*            **B. Douglas Cain**
Signature of authorized representative of debtor     Printed name

Title    **Chief Executive Officer**

---

**18. Signature of attorney**

**X** */s/ Joseph Barry*              Date **11/08/2023**
Signature of attorney for debtor                    MM / DD / YYYY

**Joseph Barry**
Printed name

**Young Conaway Stargatt & Taylor, LLP**
Firm name

**Rodney Square**
**1000 N. King Street**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone    **(302) 571-6600**     Email address    **jbarry@ycst.com**

**4221 DE**
Bar number and State

---

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4
30154030.1

# RIDER 1

## Pending Bankruptcy Cases Filed by the Debtor and Affiliates of the Debtor

On the date hereof, each of the entities listed below (each a "**Debtor**," and collectively, the "**Debtors**"), including the Debtor in this chapter 7 case, filed a petition in the United States Bankruptcy Court for the District of Delaware (the "**Court**") for relief under chapter 7 of title 11 of the United States Code, 11 U.S.C. §§ 701-784.  Contemporaneously with the filing of their voluntary petitions, the Debtors filed a motion requesting that the Court jointly administer their chapter 7 cases for administrative purposes only.

| Entity Name | Federal Employer Identification Number (EIN) |
|---|---|
| Unique Fabricating, Inc. | 46-1846791 |
| Unique Fabricating NA, Inc. | 52-2108349 |
| Unique-Presotech, Inc. | 46-4169729 |
| Unique Fabricating South, Inc. | 38-3299868 |
| Unique-Chardan, Inc. | 46-4688350 |
| Unique Molded Foam Technologies, Inc. | 47-4893749 |
| Unique-Intasco USA, Inc. | 38-3018572 |
| Unique Fabricating Realty, LLC | N/A |

30167548.3

**Fill in this information to identify the case:**

Debtor name: **Unique Fabricating Inc.**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☒ Other document that requires a declaration   **Consolidated Corporate Ownership Statement and List of Equity Holders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **11/08/2023**     X **/s/ B. Douglas Cain**
                                  **Signature of individual signing on behalf of debtor**

                                  **B. Douglas Cain**
                                  Printed name

                                  **Chief Executive Officer**
                                  Position or relationship to debtor

**UNANIMOUS WRITTEN CONSENT
OF THE
BOARD OF DIRECTORS OF
UNIQUE FABRICATING, INC.**

November 8, 2023

THE UNDERSIGNED, being all of the members of the Board of Directors (the "Board") of Unique Fabricating, Inc., a Delaware corporation (the "Company"), hereby consent that the actions recited herein shall be deemed the actions of the Board with the same effect as if taken at a duly noticed and called meeting of the Board, and direct that this writing be filed with the minutes of proceedings of the Board--all pursuant to the provisions of Section 141(f) of the General Corporation Law of the State of Delaware as of the date set forth below:

**WHEREAS**, the Board has reviewed and considered the financial and operational condition of the Company and the Company's business on the date hereof, including the historical performance of the Company, the assets of the Company, the current and long-term liabilities of the Company, the market for the Company's assets, credit market conditions, and macroeconomic conditions impacting the Company; and

**WHEREAS**, the Board has received, reviewed, and considered the recommendations of the senior management of the Company and the Company's legal, financial and other advisors as to the relative risks and benefits of commencing a liquidation under the provisions of Chapter 7 of Title 11 of the United States Code (the "Bankruptcy Code"); and

**WHEREAS**, the Board, acting on behalf of the Company, has determined that the Company does not have sufficient capital to continue its operations and the Board has therefore determined that it is in the best interests of the Company and the Company's stakeholders, creditors, and other interested parties to terminate all employees of the Company and each of its subsidiaries, including its subsidiaries in Mexico and Canada, and commence a case under the provisions of chapter 7 of the Bankruptcy Code (the "Chapter 7").

**NOW, THEREFORE, BE IT:**

**Commencement and Prosecution of Bankruptcy Case**

**RESOLVED**, that, in the judgment of the Board, it is desirable and in the best interests of the Company, its creditors, stockholders, and other interested parties that a voluntary petition (the "Petition") be filed by or on behalf of the Company in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") commencing a case (the "Bankruptcy Case") under the provisions of chapter 7 of the Bankruptcy Code; and it is further

**RESOLVED**, that the Petition, and the filing thereof by or on behalf of the Company, be, and the same hereby is, approved and adopted in all respects, and that each duly appointed officer of the Company (each, an "Authorized Person" and collectively, the "Authorized Persons") be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of the Company, to execute, acknowledge, deliver, and verify the Petition and to cause the same to be filed with the Bankruptcy Court at such time as such Authorized Person may determine; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized to (a) execute and file all petitions, schedules of assets and liabilities, statements of financial affairs, lists, and other papers to take any and all related actions that such Authorized Persons may deem necessary or proper in connection with the Bankruptcy Case; (b) execute, acknowledge, deliver, and verify any and all documents necessary or proper in connection with the Petition and to administer the Company's Bankruptcy Case in such form or forms as such Authorized Person may deem necessary or proper and in order to effectuate the foregoing resolutions; and (c) engage any professionals, including attorneys, accountants, financial advisors, investment bankers, actuaries, consultants, brokers or other experts as such Authorized Person deems necessary or proper to accomplish the purposes of the resolutions; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered from time to time in the name and on behalf of the Company, to perform the obligations of the Company under the Bankruptcy Code, with all such actions to be performed in such manner, and all such certificates, instruments, guaranties, notices and documents to be executed and delivered in such form, as the Authorized Person performing or executing the same shall approve, and the performance or execution thereof by such Authorized Person shall be conclusive evidence of the approval thereof by such Authorized Person and by the Company; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered from time to time in the name and on behalf of the Company, to cause the Company to enter into, execute, deliver, certify, file, record and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates or other documents, to pay all expenses, including filing fees, and to take such other actions, as in the judgment of such Authorized Persons, shall be necessary, proper, or desirable to prosecute to a successful completion the Bankruptcy Case and to effectuate the restructuring or liquidation of the Company's debt, other obligations, organizational form, or structure and

ownership of the Company, all consistent with the foregoing resolutions and to carry out and put into effect the purposes of these resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions; and it is further

**Retention of Professionals**

**RESOLVED**, that the Company be, and hereby is, authorized, empowered, and directed to retain the law firm Young Conaway Stargatt & Taylor, LLP to represent the Company as its general bankruptcy counsel on the terms set forth in such firm's engagement letter with the Company, which engagement letter is hereby ratified and approved, and to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including, without limitation, the preparation of certain documents to be filed simultaneously with the Petition or during the Bankruptcy Case; and it is further

**RESOLVED**, that the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to employ any other individual and/or firm as professionals, consultants, financial advisors, or investment bankers to the Company as are deemed necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and in connection therewith, the Authorized Persons be, and each of them, acting alone or in any combination, hereby is, authorized, directed and empowered, on behalf of and in the name of the Company to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Bankruptcy Case, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

**Reduction in Force**

**RESOLVED**, that, without limitation of any general authorizing resolution set forth herein, the Authorized Persons are, and each of them hereby is, authorized and directed to notify any and all employees of the Company and each of the Company's direct or indirect subsidiaries, including the subsidiaries in Canada or Mexico (collectively, the "Companies") that their employment with the Companies will be terminated in connection with the filing of the Petition, including the provision of any and all notices that are required by law or otherwise deemed advisable, including under "WARN" or similar laws, rules, or regulations; and it is further

**General Resolutions**

**RESOLVED**, that all actions heretofore taken, and all agreements, instruments, reports and documents executed, delivered or filed through the date hereof, by any Authorized Person of the Company in, for and on behalf of the Company, in connection with the matters described in or contemplated by the foregoing resolutions, are hereby approved, adopted, ratified and confirmed in all respects as the acts and deeds of the Company as of the date such action or actions were taken; and it is further

**RESOLVED**, that facsimile or .pdf copies of signatures to this consent shall be deemed to be originals and may be relied on to the same extent as the originals; and it is further

**RESOLVED**, that this consent may be executed in multiple counterparts, each of which shall be considered an original and all of which shall constitute one and the same instrument.

[*Signature Page Follows*]

**IN WITNESS WHEREOF**, the undersigned members of the Board hereby execute this Written Consent as of the date first above written.

DIRECTORS:

*/s/ Richard L. Baum*
Richard L. Baum, Jr.


*/s/ Susan C. Benedict*
Susan C. Benedict


*/s/ James Illikman*
James Illikman


*/s/ Patrick W. Cavanagh*
Patrick W. Cavanagh


*/s/ Paul Frascoia*
Paul Frascoia


*/s/ William Cooke*
William Cooke


*/s/ Kimberly Korth*
Kimberly Korth

**CERTIFICATION**

      I hereby certify that the foregoing is a complete statement of any agreement or arrangement for payment to YCST for representation of the Debtors in these bankruptcy proceedings.

Dated: Wilmington, Delaware
       November 8, 2023

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Joseph Barry*
Joseph Barry (No. 4221)
Kenneth J. Enos (No. 4544)
S. Alexander Faris (No. 6278)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6705
Facsimile: (302) 584-7021
Email: jbarry@ycst.com
       kenos@ycst.com
       afaris@ycst.com

*Counsel for the Debtors*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> UNIQUE FABRICATING, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-_____ (___) |
| In re: <br><br> UNIQUE FABRICATING NA, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-_____ (___) |
| In re: <br><br> UNIQUE FABRICATING SOUTH, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-_____ (___) |
| In re: <br><br> UNIQUE-PRESCOTECH, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-_____ (___) |
| In re: <br><br> UNIQUE-CHARDAN, INC., <br><br> Debtor. | Chapter 7 <br><br> Case No. 23-_____ (___) |

| | |
|---|---|
| In re:<br><br>UNIQUE MOLDED FOAM TECHNOLOGIES, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-_____ (___) |
| In re:<br><br>UNIQUE-INTASCO USA, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-_____ (___) |
| In re:<br><br>UNIQUE FABRICATING REALTY, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-_____ (___) |

**CONSOLIDATED CORPORATE OWNERSHIP STATEMENT AND LIST OF EQUITY HOLDERS PURSUANT TO FED. R. BANKR. P. 1007(a)(1), 1007(a)(3), AND 7007.1**

Pursuant to Rule 1007(a)(1), 1007(a)(3), and 7007.1 of the Federal Rules of Bankruptcy Procedure, Unique Fabricating, Inc. and its affiliated debtors (each a "**Debtor**," and together, the "**Debtors**") in the above-referenced chapter 7 cases hereby states that the following is a list of corporations, other than governmental units, that directly or indirectly own 10% or more of any class of interests in the Debtors:

1.  Unique Fabricating, Inc. is a publicly traded company. The names of the holders (including the street name, where applicable) of the common stock of Unique Fabricating, Inc. are identified in **Exhibit A** hereto.

2.  Unique Fabricating, Inc. owns 100% of the equity interests in Debtor Unique Fabricating NA, Inc.

30167515.6

2

3.     Unique Fabricating NA, Inc. owns 100% of the equity interests in Debtors Unique Fabricating South, Inc.; Unique Prescotech, Inc.; Unique-Chardan, Inc., Unique Molded Foam Technologies, Inc.; Unique-Intasco, Inc., and Unique Fabricating Realty, LLC.

# EXHIBIT A

## List of Unique Fabricating, Inc.'s Equity Interest Holders

| Equity Holder | Address | Percentage of Equity Held |
|---|---|---|
| Alvin Fund LLC | 215 W 98th Street Apt. 10A New York, NY 10025-5675 | 0.321% |
| Richard L. Baum Jr. | Address on file | 0.264% |
| Susan C. Benedict & Paul D. Benedict | Address on file | 0.037% |
| Russell Bernier | Address on file | 0.206% |
| Cede & Co. | P.O. Box 20 Bowling Green Station New York, NY 10004 | 79.594% |
| William Cooke | Address on file | 0.377% |
| William M. Cooke | Address on file | 0.161% |
| Jennifer Dendekker | Address on file | 0.051% |
| Douglas Hailey and Deana Hailey JTWROS | Address on file | 0.138% |
| Dr. Thomas Heirigs Sheryl Heirigs | Address on file | 0.075% |
| Patrick R. Housen | Address on file | 0.063% |
| IRA FBO Paul E Frascoia Pershing LLC as Custodian Rollover Account | Address on file | 0.050% |

30167515.6

| Equity Holder | Address | Percentage of Equity Held |
|---|---|---|
| Richard Oh | Address on file | 0.103% |
| The Peninsula Fund V Limited Partnership c/o Peninsula Capital Partners LLC | 500 Woodward Ave, Suite 2800<br>Detroit, MI 48226 | 1.254% |
| Peninsula Fund V LP | 500 Woodward Ave, Suite 5800<br>Detroit, MI 48226 | 12.075% |
| R2MJ | Address on file | 2.056% |
| Leonard Schleicher | Address on file | 0.077% |
| Michael N. Taglich, C/O Taglich Brothers, Inc. | 37 Main Street<br>Cold Spring Harbor, NY 11724-1423 | 0.436% |
| Michael N. Taglich Claudia Taglich<br>Attn: Taglich Brothers | Address on file | 2.031% |
| Nicholas Taglich Juliana Taglich | Address on file | 0.201% |
| Robert F. Taglich<br>C/O Taglich Brothers Inc. | 37 Main Street<br>Cold Spring Harbor, NY 11724-1423 | 0.278% |
| The Baum Family Trust UAD 02/01/07, Patricia Donoghue TTEE | Address on file | 0.100% |
| Linda Trudden, C/O Taglich Brothers, Inc. | 37 Main Street<br>Cold Spring Harbor, NY 11724 | 0.051% |