# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Unique Fabricating, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11824 (KBO) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of C. David Bargamian of Barris, Sott, Denn & Driker, P.L.L.C., to represent Citizens Bank, N.A. in the above-captioned case.

Dated: November 8, 2023

*/s/ Derek C. Abbott*
Derek C. Abbott (No. 3376)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: dabbott@morrisnichols.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Michigan and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: November 8, 2023

*/s/ C. David Bargamian*
C. David Bargamian
BARRIS, SOTT, DENN & DRIKER, P.L.L.C.
333 W Fort Street, Suite 1200
Detroit, MI 48226
Telephone: (313) 965-9725
Email: dbargamian@bsdd.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

**Dated: November 9th, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**