**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UNIQUE FABRICATING, INC.,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. 23-11824 (KBO) |
| In re:<br><br>UNIQUE FABRICATING NA, INC.,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. 23-11825 (KBO) |
| In re:<br><br>UNIQUE FABRICATING SOUTH, INC.,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. 23-11826 (KBO) |
| In re:<br><br>UNIQUE-PRESCOTECH, INC.,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. 23-11827 (KBO) |
| In re:<br><br>UNIQUE-CHARDAN, INC.,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. 23-11828 (KBO) |
| In re:<br><br>UNIQUE MOLDED FOAM TECHNOLOGIES, INC.,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. 23-11829 (KBO) |
| In re:<br><br>UNIQUE-INTASCO USA, INC.,<br><br>　　　　　　Debtor. | Chapter 7<br><br>Case No. 23-11830 (KBO) |

| | |
|---|---|
| In re:<br><br>UNIQUE FABRICATING REALTY, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11831 (KBO) |

### NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the law firms of Dickinson Wright PLLC and Womble Bond Dickinson (US) LLP hereby enter their appearances as counsel for FCA US LLC and CpK Interior Products (collectively, the "Customers") pursuant to Rules 2002, 3017(a), 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure, and hereby request that all notices given or required in these cases, and all documents, and all other papers served in these cases, be given to and served upon:

**DICKINSON WRIGHT PLLC**
James A. Plemmons
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
Telephone: (313) 223-3500
Facsimile: (844) 670-6009
Email: jplemmons@dickinsonwright.com

M. Kimberly Stagg
424 Church Street, Suite 800
Nashville, Tennessee 37219
Telephone: (615) 244-6538
Facsimile: (844) 670-6009
Email: kstagg@dickinsonwright.com

**WOMBLE BOND DICKINSON (US) LLP**
Matthew P. Ward
Elazar A. Kosman
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: elazar.kosman@wbd-us.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only the notices and papers referred to in the rule specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, electronically or otherwise, which affects the Debtor or the property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in non-core matters entered only after <u>de</u> <u>novo</u> review by a district judge, (2) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to this case, (3) to have the district court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the Customers, in any capacity, are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 9, 2023

**WOMBLE BOND DICKINSON (US) LLP**

*/s/ Matthew P. Ward*
Matthew P. Ward (Del. Bar No. 4471)
Elazar A. Kosman (Del. Bar No. 7077)
1313 North Market Street, Suite 1200
Wilmington, Delaware 19801
Telephone: (302) 252-4320
Facsimile: (302) 252-4330
Email: matthew.ward@wbd-us.com
Email: elazar.kosman@wbd-us.com

and

**DICKINSON WRIGHT PLLC**
James A. Plemmons
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
Telephone: (313) 223-3500
Facsimile: (844) 670-6009
Email: jplemmons@dickinsonwright.com

and

**DICKINSON WRIGHT PLLC**
M. Kimberly Stagg
424 Church Street, Suite 800
Nashville, Tennessee 37219
Telephone: (615) 244-6538
Facsimile: (844) 670-6009
Email: kstagg@dickinsonwright.com

*Counsel to FCA US LLC and CpK Interior Products*