**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UNIQUE FABRICATING, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11824 (KBO) |
| In re:<br><br>UNIQUE FABRICATING NA, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11825 (KBO) |
| In re:<br><br>UNIQUE FABRICATING SOUTH, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11826 (KBO) |
| In re:<br><br>UNIQUE-PRESCOTECH, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11827 (KBO) |
| In re:<br><br>UNIQUE-CHARDAN, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11828 (KBO) |
| In re:<br><br>UNIQUE MOLDED FOAM TECHNOLOGIES, INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 23-11829 (KBO) |

| In re: | Chapter 7 |
|---|---|
| UNIQUE-INTASCO USA, INC., | Case No. 23-11830 (KBO) |
| Debtor. | |
| In re: | Chapter 7 |
| UNIQUE FABRICATING REALTY, LLC, | Case No. 23-11831 (KBO) |
| Debtor. | |

## ORDER DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 7 CASES

This matter coming before the Court on the Motion of the Chapter 7 Trustee for an Order Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 directing joint administration of the above-captioned Chapter 7 Cases (the "**Motion**")[1]; the Court having reviewed the Motion and the Declaration of Alfred T. Giuliano in Support of the Motion; the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; that venue is proper in this district pursuant to 28 U.S.C. §§1408 and 1409; that this is a core proceeding pursuant to 28 U.S.C. §157(b) and (d); and the Court having determined that the legal and factual basis set forth in the Motion establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. In accordance with Bankruptcy Rule 1015(b) and Local Rule 1015-1, the above captioned Chapter 7 Cases are hereby consolidated, for procedural purposes only, and shall be jointly administered by this Court.

---

[1] Capitalized terms not defined herein shall have the meaning given to them in the Motion.

3. The caption of the jointly administered Chapter 7 Cases shall read as follows (footnote included):

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>UNIQUE FABRICATING, INC., *et. al.,*<br><br>Debtors. | Chapter 7<br><br>Case No. 23-11824 (KBO)<br><br>(Jointly Administered) |

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Unique Fabricating, Inc. (6791); Unique Fabricating NA, Inc. (8349); Unique Fabricating South, Inc. (9868); Unique-Prescotech, Inc. (9729); Unique-Chardan, Inc. (8350); Unique Molded Foam Technologies, Inc. (3749); Unique-Intasco USA, Inc. (8572); and Unique Fabricating Realty, LLC (N/A).

4. No party shall be required to list any further information beyond that set forth above in pleadings filed in these Chapter 7 Cases.

5. All original docket entries shall be made in the case Unique Fabricating, Inc., *et al.*, Case No. 23-11824 (KBO), and the Clerk of this Court is directed to forthwith make a separate docket entry in each of the Debtors' cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 7 Cases commenced by Unique Fabricating, Inc. and its affiliates, in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure. All further pleadings and other papers shall be filed in, and all further docket entries shall be made in, Case No. 23-11824 (KBO).

6. Nothing contained in the Motion or in this Order shall be construed to cause substantive consolidation of these Chapter 7 Cases.

7. The Trustee is hereby authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

8. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

4886-9036-1744, v. 1

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: November 13th, 2023**
**Wilmington, Delaware**

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**