# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>UNIQUE FABRICATING, INC., *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-11824 (KBO)<br><br>(Jointly Administered)<br><br>**Re: D.I. 209** |

## NOTICE OF FILING OF PROPOSED CASH COLLATERAL BUDGET

PLEASE TAKE NOTICE THAT:

1. On January 8, 2024, David W. Carickhoff, the chapter 7 trustee (the "Trustee") for the estates of the above-captioned debtors (the "Debtors"), filed the Motion of the Chapter 7 Trustee for Entry of an Order (i) Authorizing the Trustee to Use Cash Collateral, (ii) Granting Adequate Protection, (iii) Approving Sharing Arrangement, and (iv) Granting Related Relief [D.I. 209] (the "Motion").[2]

2. The proposed Cash Collateral Order attached to the Motion provides, among other things, that "[w]ithin fourteen (14) days of the filing of the Motion, the Trustee shall provide the Senior Agent with a budget detailing the Trustee's best estimate of reasonable and necessary administrative expenses to be incurred in the Chapter 7 Cases and provide an updated Budget as needed to the Senior Agent and the Senior Lenders thereafter (as amended, the 'Budget')."

3. Attached to this Notice is the proposed Budget that the Trustee has provided to the Senior Agent in accordance with the proposed Cash Collateral Order. The attached proposed Budget remains subject to continuing review by the Senior Agent, the Senior Lenders, and the Trustee, in accordance with the terms of the proposed Cash Collateral Order.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Unique Fabricating, Inc. (6791); Unique Fabricating NA, Inc. (8349); Unique Fabricating South, Inc. (9868); Unique-Prescotech, Inc. (9729); Unique-Chardan, Inc. (8350); Unique Molded Foam Technologies, Inc. (3749); Unique-Intasco USA, Inc. (8572); and Unique Fabricating Realty, LLC (N/A).

[2] Capitalized terms not defined in this Notice have the meanings set forth in the Motion.

Dated: January 23, 2024

*/s/ Bryan J. Hall*
William E. Chipman, Jr. (No. 3818)
Mark D. Olivere (No. 4291)
Alan M. Root (No. 5427)
Bryan J. Hall (No. 6285)
CHIPMAN BROWN CICERO & COLE, LLP
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0191
(302) 295-0199 (fax)
chipman@chipmanbrown.com
olivere@chipmanbrown.com
root@chipmanbrown.com
hall@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*

UFAB Budget as of 1-19-24                                                                                                                    **DRAFT**

| Description Amount | | | Nov 8th to 11/26/2023 | Dec-23 | Jan-24 | Feb-24 | Mar-24 | Apr-24 | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| **Admin Rents & Taxes** | | | Stub Rent | | | | | | | |
| 800 Standard Parkway | Auburn Hills | MI | $ 74,065.31 | $ 96,606.93 | $ 96,606.93 | $ 148,639.93 | $ 96,606.93 | $ 96,606.93 | | $ 609,132.96 |
| 300 McCarter Rd. | Lafayette | GA | $ - | $ - | $ - | | $ - | $ - | $ - | $ - |
| 301 McCarter Rd. | Lafayette | GA | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 1001 W. Oak Street | Louisville | KY | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 900 S. 9th Street | Louisville | KY | $ 9,036.18 | $ 11,786.33 | $ 11,786.33 | $ 11,786.33 | $ 11,786.33 | $ 11,786.33 | | $ 67,967.83 |
| 13221 Allman Rd. | Concord | MI | $ 7,283.32 | $ 9,500.00 | $ 9,500.00 | $ 21,180.00 | $ 9,500.00 | $ 9,500.00 | | $ 66,463.32 |
| | Subtotal | | $ 90,384.81 | $ 117,893.26 | $ 117,893.26 | $ 181,606.26 | $ 117,893.26 | $ 117,893.26 | $ - | $ 743,564.11 |
| **Utilities** | | | | | | | | | | |
| 800 Standard Parkway | Auburn Hills | MI | $ 21,161.61 | $ 21,161.61 | $ 21,161.61 | $ 21,161.61 | $ 21,161.61 | $ 21,161.61 | | $ 126,969.67 |
| 300 McCarter Rd. | Lafayette | GA | $ 82,444.74 | $ 82,444.74 | $ 82,444.74 | $ 82,444.74 | $ - | $ - | | $ 329,778.96 |
| 301 McCarter Rd. | Lafayette | GA | $ - | $ - | $ - | $ - | $ - | $ - | | $ - |
| 1001 W. Oak Street | Louisville | KY | $ 20,138.19 | $ 20,138.19 | $ 20,138.19 | $ 20,138.19 | $ - | $ - | | $ 80,552.74 |
| 900 S. 9th Street | Louisville | KY | $ - | $ - | $ - | $ - | $ - | $ - | | $ - |
| 13221 Allman Rd. | Concord | MI | $ 11,406.83 | $ 11,406.83 | $ 11,406.83 | $ 11,406.83 | $ 11,406.83 | $ 11,406.83 | | $ 68,440.97 |
| | Subtotal | | $ 135,151.37 | $ 135,151.37 | $ 135,151.37 | $ 135,151.37 | $ 32,568.44 | $ 32,568.44 | $ - | $ 605,742.34 |
| **Security** | | | | | | | | | | |
| 800 Standard Parkway | Auburn Hills | MI | $ - | $ - | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | | $ 8,000.00 |
| 300 McCarter Rd. | Lafayette | GA | $ - | $ - | $ 3,000.00 | $ 3,000.00 | $ - | $ - | | $ 6,000.00 |
| 301 McCarter Rd. | Lafayette | GA | $ - | $ - | $ - | $ - | $ - | $ - | | $ - |
| 1001 W. Oak Street | Louisville | KY | $ - | $ - | $ 1,000.00 | $ 1,000.00 | $ - | $ - | | $ 2,000.00 |
| 900 S. 9th Street | Louisville | KY | $ - | $ - | $ - | $ - | $ - | $ - | | $ - |
| 13221 Allman Rd. | Concord | MI | $ - | $ - | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | $ 3,500.00 | | $ 14,000.00 |
| | Subtotal | | $ - | $ - | $ 9,500.00 | $ 9,500.00 | $ 5,500.00 | $ 5,500.00 | $ - | $ 30,000.00 |
| **Labor Assistance** | | | | | | | | | | $ - |
| Supervisor Admin OH | | | | | | | | | | |
| 800 Standard Parkway | Auburn Hills | MI | $ 39,834.00 | $ 32,000.00 | $ 49,250.00 | $ 23,400.00 | $ 23,400.00 | $ 23,400.00 | | $ 191,284.00 |
| 300 McCarter Rd. | Lafayette | GA | $ 29,280.00 | $ 28,160.00 | $ 35,200.00 | $ 16,000.00 | $ - | $ - | | $ 108,640.00 |
| 301 McCarter Rd. | Lafayette | GA | $ - | $ - | $ - | $ - | $ - | $ - | | $ - |
| 1001 W. Oak Street | Louisville | KY | $ 20,160.00 | $ 24,000.00 | $ 30,000.00 | $ 16,000.00 | $ - | $ - | | $ 90,160.00 |
| 900 S. 9th Street | Louisville | KY | $ - | $ - | $ - | $ - | $ - | $ - | | $ - |
| 13221 Allman Rd. | Concord | MI | $ 17,408.00 | $ 20,160.00 | $ 25,200.00 | $ 16,000.00 | $ 16,000.00 | $ 16,000.00 | | $ 110,768.00 |
| | Subtotal | | $ 106,682.00 | $ 104,320.00 | $ 139,650.00 | $ 71,400.00 | $ 39,400.00 | $ 39,400.00 | $ - | $ 500,852.00 |

| Description Amount | 11/26/2023 | Dec-23 | Jan-24 | Feb-24 | Mar-24 | Apr-24 | Other | Total |
|---|---|---|---|---|---|---|---|---|
| **Operating Expenses** | | | | | | | | |
| IT Support services | | $ 9,500.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | $ 4,000.00 | | $ 25,500.00 |
| Plex Lite | | | $ 5,500.00 | $ 5,500.00 | $ 5,500.00 | $ 5,500.00 | | $ 22,000.00 |
| Admin Contractors | $ 43,100.00 | $ 102,050.00 | $ 96,000.00 | $ 51,400.00 | $ 51,400.00 | $ 23,400.00 | | $ 367,350.00 |
| Insurance - Property, Contents Workers Comp | $ - | $ 84,000.00 | $ 24,000.00 | $ - | $ - | $ - | | $ 108,000.00 |
| HR Related - W-2's year end tax reporting | $ - | $ 17,000.00 | $ - | $ - | $ - | $ - | | $ 17,000.00 |
| Asset Disposal Costs | $ - | $ - | $ - | $ - | $ - | $ - | | $ - |
| Record Retention and Mgt | $ 800.00 | $ 16,000.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | $ 1,500.00 | | $ 22,800.00 |
| Travel | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | $ 2,500.00 | | $ 15,000.00 |
| Bank & Technology Fees | $ 1,815.00 | $ 8,200.00 | $ 9,000.00 | $ 20,000.00 | $ 11,000.00 | $ 11,000.00 | | $ 61,015.00 |
| Misc. Expenses | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | | $ 120,000.00 |
| **Subtotal** | $ 68,215.00 | $ 259,250.00 | $ 162,500.00 | $ 104,900.00 | $ 95,900.00 | $ 67,900.00 | $ - | $ 758,665.00 |
| **Professional Fees** | | | | | | | | |
| Trustee Commission (based on recoveries of $XMUSD) | | | | | | | $ 750,000.00 | $ 750,000.00 |
| Giuliano Miller & Co | $ 100,000.00 | $ 100,000.00 | $ 100,000.00 | $ 100,000.00 | $ 100,000.00 | $ 100,000.00 | $ 50,000.00 | $ 650,000.00 |
| Chipman Brown | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 | $ 150,000.00 | $ 100,000.00 | $ 1,000,000.00 |
| **Subtotal** | $ 250,000.00 | $ 250,000.00 | $ 250,000.00 | $ 250,000.00 | $ 250,000.00 | $ 250,000.00 | $ 900,000.00 | $ 2,400,000.00 |
| **Total** | $ 650,433.18 | $ 866,614.63 | $ 814,694.63 | $ 752,557.63 | $ 541,261.70 | $ 513,261.70 | $ 900,000.00 | $ 5,038,823.45 |