# **EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| UNIQUE FABRICATING, INC., *et al.*,[1] | Case No. 23-11824 (KBO) |
| Debtors. | (Jointly Administered) |

**STIPULATED ORDER REGARDING
THE PROOFS OF CLAIM OF SENIOR LENDERS**

Based on the stipulation of the Chapter 7 Trustee ("Trustee"), Citizens Bank, N.A. ("Senior Agent"), and the "Senior Lenders" (collectively, Citizens Bank, National Association, Comerica Bank, Flagstar Bank, FSB, and KeyBank National Association); and the Trustee having acknowledged and confirmed that, pursuant to the applicable loan documents between the Senior Lenders and certain of the Debtors, including, *inter alia*, section 11.6 of the Amended and Restated Credit Agreement, each of the Senior Lenders has granted to Senior Agent full power and authority as attorney-in-fact to, among other actions, file proofs of claim on behalf of the Senior Lenders;

**IT IS HEREBY ORDERED THAT:**

1. Senior Agent is permitted, for each individual Debtor for which the Senior Lenders seek a recovery, to file a single, collective proof of claim on behalf of all of the Senior Lenders.

---

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Unique Fabricating, Inc. (6791); Unique Fabricating NA, Inc. (8349); Unique Fabricating South, Inc. (9868); Unique-Prescotech, Inc. (9729); Unique-Chardan, Inc. (8350); Unique Molded Foam Technologies, Inc. (3749); Unique-Intasco USA, Inc. (8572); and Unique Fabricating Realty, LLC (N/A).

2

2. Senior Agent may file such proofs of claim without attaching the loan documents and financing statements as they are voluminous and were previously provided to the Trustee. Senior Agent will make the loan documents available upon request of any interested party.