**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 7 |
| UNIQUE FABRICATING, INC., *et al.*,[1] | Case No. 23-11824 (KBO) |
| Debtor. | (Jointly Administered) |
| | **Re: D.I. 397** |

# CERTIFICATE OF NO OBJECTION TO FIRST INTERIM APPLICATION OF CHIPMAN BROWN CICERO & COLE LLP, AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 7 TRUSTEE, FOR APPROVAL OF CONTINGENCY FEES AND REIMBURSEMENT OF EXPENSES DURING THE PERIOD JANUARY 1, 2025 THROUGH OCTOBER 30, 2026

The undersigned hereby certifies that, as of the date hereof, he has received no formal or informal objection or response to the *First Interim Application of Chipman Brown Cicero & Cole, LLP, as Special Litigation Counsel to the Chapter 7 Trustee, for Approval of Contingency Fees and Reimbursement of Expenses During the Period January 1, 2025 Through October 30, 2026* [D.I. 397] (the "Application") filed on October 30, 2026. Pursuant to the notice served with the Application, objections to the Application were to be filed and served no later than November 13, 2026 at 4:00 p.m. (Eastern Time). The undersigned further certifies that he has caused a review of the Court's docket in the lead case and no objection or other response to the relief requested in the Application appears thereon.

[1] The debtors in these cases, along with the last four digits of the federal tax identification number for each of the debtors, where applicable are: Unique Fabricating, Inc. (6791); Unique Fabricating NA, Inc. (8349); Unique Fabricating South, Inc. (9868); Unique-Prescotech, Inc. (9729); Unique-Chardan, Inc. (8350); Unique Molded Foam Technologies, Inc. (3749); Unique-Intasco USA, Inc. (8572); and Unique Fabricating Realty, LLC (N/A).

WHEREFORE, the undersigned, on behalf of Chipman Brown Cicero & Cole, LLP, respectfully requests that the Court enter the form of order attached to the Application.

Dated: November 16, 2026
Wilmington, Delaware

CHIPMAN BROWN CICERO & COLE, LLP

*<u>/s/ Bryan J. Hall</u>*
Alan M. Root (No. 5427)
Bryan J. Hall (No. 6285)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
(302) 295-0192
(302) 291-0199 (fax)
root@chipmanbrown.com
hall@chipmanbrown.com

*Counsel for the Chapter 7 Trustee*